452 A.2d 1015

Peter V. PAGANO, Appellant,

v.

The PENNSYLVANIA STATE HORSE RACING
COMMISSION, et al.

Supreme Court of Pennsylvania.

Argued Oct. 18, 1982.

Decided Dec. 10, 1982.

Michael D. Fishbein, Arnold Levin, Philadelphia, for appellant.

Mary Ellen Krober, Deputy Atty. Gen., Debra K. Wallet, Camp Hill, for appellees.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Order affirmed. 50 Pa.Cmwlth. 499, 413 A.2d 44.